PATRICK BUTLER *vs.* THOMAS FITZPATRICK.

Oct. 3, 1874.

**Order Refusing New Trial Affirmed.**—Order refusing new trial affirmed, there being evidence reasonably tending to sustain the verdict, and it not appearing that all the testimony received below is contained in the return.

Appeal by defendant from an order of the court of common pleas for Ramsey county, *Hall*, J. presiding, refusing a new trial.

*R. B. Galusha*, for appellant.

*Davis, O'Brien & Wilson*, for respondent.

BERRY, J. No questions of any difficulty or importance arise in this case, except of fact. These have been determined in favor of the plaintiff, by a jury whose verdict the court before which the trial was had, has refused to set aside. We shall not disturb the order of refusal, for two reasons : *first*, because the testimony as reported is conflicting, and though it is not very satisfactory, there is certainly some evidence in the case having a reasonable tendency to establish the plaintiff's ownership and right to possession of the doors in controversy ; and *second*, because it does not appear that all the testimony upon which the verdict was founded, is contained in the return filed in this court.

Order affirmed.